| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Cornus Montessori, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-3288511

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 13880 Metrotech Drive<br>Chantilly, VA 20151 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Fairfax | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Cornus Montessori, LLC**_____    Case number (*if known*)_____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor **Cornus Montessori, LLC**     Case number (*if known*) _____
   Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Cornus Montessori, LLC**                                    Case number (*if known*)
      Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 11, 2021**
              MM / DD / YYYY

**X /s/ Lloyd Telfod**                                                **Lloyd Telfod**
Signature of authorized representative of debtor                      Printed name

Title  **Manager**

**18. Signature of attorney**

**X /s/ Christopher L. Rogan, Esq.**                              Date  **February 11, 2021**
Signature of attorney for debtor                                        MM / DD / YYYY

**Christopher L. Rogan, Esq. 30344**
Printed name

**RoganMillerZimmerman, PLLC**
Firm name

**50 Catoctin Cir., NE, Suite 333**
**Leesburg, VA 20175**
Number, Street, City, State & ZIP Code

Contact phone  **(703 777-8850**            Email address  **crogan@RMZLawFirm.com**

**30344 VA**
Bar number and State

Fill in this information to identify the case:
Debtor name    **Cornus Montessori, LLC**
United States Bankruptcy Court for the:    **EASTERN DISTRICT OF VIRGINIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| American Disposal Services PO Box 28150 Miami, FL 33102 | | Trash service | | | | $429.03 |
| Dominion Energy PO Box 26543 Richmond, VA 23290 | | Utilities | | | | $354.65 |
| E Financial Tree 201 Broad Street, Suite 1002 Stamford, CT 06901 | | Buisness loan | | | | $22,727.13 |
| Fairfax County Dept of Tax Administration PO Box 10203 Fairfax, VA 22035 | | Business License Tax | | | | $1,005.43 |
| Fairfax County Dept of Tax Administration PO Box 10201 Fairfax, VA 22035 | | Personal Property Tax | | | | $444.29 |
| Fairfax County Dept of Tax Administration PO Box 10203 Fairfax, VA 22035 | | BPOL Tax | | | | $0.00 |
| Kabbage 925 B Peachtree Street Suite 1688 Atlanta, GA 30309 | | Buisness Loan | | | | $6,985.06 |
| Kemmerer & Schooley 14701 Lee Highway Centreville, VA 20121 | | Accounting services | | | | $1,650.00 |

Debtor **Cornus Montessori, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Loan Me, Inc.** **1900 S. State College Blvd Suite 300 Anaheim, CA 92806** | | **Business loan** | | | | $53,999.54 |
| **Pam Anderson 17001 Lakewood Court Purcellville, VA 20132** | | **Bookkeeping Services** | | | | $10,000.00 |
| **Rapid Finance 4500 East West Highway, 6th Fl Bethesda, MD 20814** | | **Buisiness loan** | | | | $38,913.00 |
| **Schoolhouse Grill PO Box 813 Ashburn, VA 20146** | | **Catering** | | | | $3,083.27 |
| **The Sully Limited Partnership c/o Beatty Managment Company 6824 Elm Street Mc Lean, VA 22101** | | **Commercial Real Porperty Lease** | | | | $146,180.98 |

American Disposal Services
PO Box 28150
Miami, FL 33102


Christopher Bowman, Esq.
Schwartz & Gilday, LLC
7315 Wisconsin Ave., 800W
Bethesda, MD 20814


Dominion Energy
PO Box 26543
Richmond, VA 23290


E Financial Tree
201 Broad Street, Suite 1002
Stamford, CT 06901


Fairfax County
Dept of Tax Administration
PO Box 10203
Fairfax, VA 22035


Fairfax County
Dept of Tax Administration
PO Box 10201
Fairfax, VA 22035


Kabbage
925 B Peachtree Street
Suite 1688
Atlanta, GA 30309


Kemmerer & Schooley
14701 Lee Highway
Centreville, VA 20121


Loan Me, Inc.
1900 S. State College Blvd
Suite 300
Anaheim, CA 92806


Pam Anderson
17001 Lakewood Court
Purcellville, VA 20132

```
Rapid Finance
4500 East West Highway, 6th Fl
Bethesda, MD 20814


Schoolhouse Grill
PO Box 813
Ashburn, VA 20146


The Sully Limited Partnership
c/o Beatty Managment Company
6824 Elm Street
Mc Lean, VA 22101
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Cornus Montessori, LLC**                                                        Case No.
                              Debtor(s)                                                    Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cornus Montessori, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 11, 2021**
Date

**/s/ Christopher L. Rogan, Esq.**
**Christopher L. Rogan, Esq. 30344**
Signature of Attorney or Litigant
Counsel for   **Cornus Montessori, LLC**
**RoganMillerZimmerman, PLLC**
**50 Catoctin Cir., NE, Suite 333**
**Leesburg, VA 20175**
**(703 777-8850 Fax:(703) 777-8854**
**crogan@RMZLawFirm.com**